

# Fourth Court of Appeals
## San Antonio, Texas

August 17, 2018

No. 04-17-00652-CV

Ruben **RIOS**,
Appellant

v.

**TEXAS DEPARTMENT OF PUBLIC SAFETY,**
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2017W0521
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

Sitting:        Karen Angelini, Justice
                 Luz Elena D. Chapa, Justice
                 Irene Rios, Justice

In the underlying cause, Ruben Rios filed a petition for expunction, which sought expunction of all criminal records and files pertaining to an arrest. On July 21, 2017, the trial court signed an order granting Rios relief and ordering the expunction of all criminal records and files related to the arrest. On August 18, 2017, the Department of Public Safety filed a motion for new trial. On October 3, 2017, the trial court signed an order granting the Department's motion for new trial and setting aside its prior expunction. Rios then filed a notice of appeal stating his intent to appeal from the trial court's October 3, 2017 order.

"An order granting a new trial is an unappealable, interlocutory order." *Fruehauf Corp. v. Carrillo*, 848 S.W.2d 83, 84 (Tex. 1993); *see also Cummins v. Paisan Constr. Co.*, 682 S.W.2d 235, 236 (Tex. 1984). We therefore ORDER appellant to show cause in writing by **September 3, 2018,** why this appeal should not be dismissed for lack of jurisdiction.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

